FILED
APR - 2 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19 MJ 7119 SPM |
| TERRANCE BREW, | ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION**

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jason Dunkel, Assistant United States Attorneys for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with one count of carjacking in violation of Title 18, United States Code, Section 2119 and 2. Defendant and his co-defendant held two victims at gunpoint and demanded their valuables. When the Defendants were unsatisfied with what the victims turned over, the Defendants took one victim's car keys.

2. Defendant then attempted to evade police, including in a car pursuit and in a foot pursuit.

3. For a fuller statement of the Defendant's conduct in this case, see the Affidavit in Support of a Criminal Complaint.

4. Defendant committed this crime while on probation. Specifically, Defendant Brew is on

probation after being convicted of one count of Second Degree Burglary and two counts of Stealing a Motor Vehicle. See 14SL-CR08296-01 (St. Louis County Circuit Court).

5. Pursuant to Title 18, United States Code, Section 3142(g),

    (a) the weight of the evidence against defendant;

    (b) the defendant's history and characteristics; and

    (c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release,

warrant defendant's detention pending trial.

6. There is a serious risk that the defendant will flee.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_s/Jason S. Dunkel_
JASON S. DUNKEL, #65886MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200